# UNITED STATES BANKRUPTCY COURT
Southern District of Florida
www.flsb.uscourts.gov

In Re:  
Dean St Brooklyn LLC (DE)  
    Debtor  
_____/

Case Number: 22−18042−LMI  
Chapter 11

Notice of Filing  
Retainer Agreement

Debtor files the retainer agreement in support of application for counsel..

**I hereby certify** that a true and correct copy of the foregoing was served upon all parties, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the notice of electronic filing indicates that notice was electronically mailed to said party

JOEL M. ARESTY, P.A.  
Counsel for Debtor  
309 1st Ave S  
Tierra Verde FL 33715  
Phone: 305-904-1903  
Fax: 800-899-1870  
E-mail: Aresty@Mac.com  
By: /s Joel M. Aresty  
Fla. Bar No. 197483

.

Joel M. Aresty, P.A.
Board Certified Business Bankruptcy Law
Aresty@Mac.com
309 1st Ave S
Tierra Verde FL 33715
Phone: 305-904-1903; Fax: 800-559-1870

October 20, 2022

Dean St Brooklyn LLC
Yonel Devico
yonel@crosbycapitalusa.com

     Re: Chapter 11 Retainer Agreement –

Dear Mr. Devico:

     Thank you for having retained me to work for you on your chapter 11.
     We will bill at $440 per hour, plus costs, against retainer. We have requested a maximum of $11,000 for retainer plus $2,000 for costs. You have paid $5,000 up front.
     We have agreed that what you have agreed to may be inadequate and that other funds may become due for which we may seek additional advance retainer.
     You understand that an attorney for a debtor-in-possession in chapter 11 may not represent any interest adverse to the debtor. Attorney is entitled to retaining and charging liens, interest at 12%, and attorneys fees for collection of unpaid invoices.
     I look forward to working with you in this matter. Please return a signed copy.


Sincerely,
JOEL M. ARESTY
/s/<u>Joel M. Aresty</u>
LAWYER

AGREED TO
Dean St Brooklyn LLC
  *Yonel Devico*
<u>/s/: Yonel Devico</u>